IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CHRISTOPHER LEE WALTON,

    Petitioner,

  v.

WARDEN BRIAN FOSTER,

    Respondent.

Case No.  20-cv-216-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying David Walton's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

5/13/2021  
Date