UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

David C. L. Walton,
        Petitioner,

V.

Case No. 20-CV-216-bbc

Warden Brian Foster,
        Respondent.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that David Christopher Lee Walton, the Petitioner in the above captioned matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 5-13-21.

Date: 6-3-21

Signed: _____
David Christopher Lee Walton, #532181
P.O. Box 351 - WCI
Waupun, WI. 53963-0351

CC: David Walton - Petitioner
Wisconsin Attorney General Office
Western District of Wisconsin Clerk of Courts